# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEREMY S. COCHRAN, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. RDB-19-3456 |
| HOLLY PIERCE, | * | |
| Defendant | * | |
| | *** | |

## ORDER

Pending is correspondence construed as a notice of voluntary dismissal. ECF 27.

Because a responsive pleading has been filed, Plaintiff is forewarned he may be required to pay

the costs of this action prior to refiling against these Defendants pursuant to Fed. R. Civ. Proc.

41(d).

Accordingly, it is this 13th day of July, 2020, by the United States District Court for the

District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. Defendant's Motion to Dismiss or for Summary Judgment IS DENIED without prejudice;

3. Plaintiffs Motion for Declaratory Judgment (ECF 14) IS DENIED without prejudice;

4. Defendant's Motions for Extension of Time (ECF 29 and 30) ARE DENIED as moot;

5. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and counsel of record;

6. The Clerk SHALL CLOSE this case.

_____/s/_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE